SEALED
BY ORDER OF THE COURT

EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 11 2004
at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

HG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 04 00119 |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. § 841(a)(1)] |
| vs. ) | |
| ) | |
| MICHAEL NOLAN, ) | |
| ) | |
| Defendants. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about March 24, 1999, in the District of Hawaii defendant MICHAEL NOLAN did knowingly and intentionally distribute ten grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

### Count 2

The Grand Jury further charges that:

On or about April 1, 1999, in the District of Hawaii defendant MICHAEL NOLAN did knowingly and intentionally distribute ten grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATE: March 11, 2004, Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Michael Nolan
Cr. No. _____
INDICTMENT

2