Dear Judge Seabright,

I hope that this letter finds you in good health.

Enclosed is a copy of my restitution acct. If I am reading it properly, the interest (which I must have forgotten) exceeds my current ability to pay. Although I do recieve some money from church sponsors, its not enough to bring down my balance.

Sir, if at all possible, could you postpone my payment until I am free to work and bring to closure my last legal debt to society. Thank you.

Please allow me to share some of the good things that have happened since returning from Africa and coming to prison.

While living in Kenya, my wife Tracy was going through severe menstrual cycles. When we got back to Hawaii, we got her to a specialist who diagnosed her with having several life threatening diseases. The doctor said that if she had not returned, she would have died in Africa. My prison sentence has been her redemption. I only have God to thank for her life. She has followed me here and is working with the disabled. Our marriage has gotten stronger through this trial.

One of the prisons bright spots has to be "Wheels for the World" job training program. Its the first of its kind in the federal prison system, and is a success. The program teaches men to repair all different types of wheelchairs, some of which are quite intricate. But what is best about the program is that the men learn to feel proud at having done something good for the less fortunate.

Some of the children Tracy and I worked with in Kenya were recipients of this wheel chair program. I remember one day at a school for crippled children, I was shown a room full to the ceiling with broken wheel chairs. I prayed to the Lord, "Lord if only I knew how to repair these chairs and find parts, the children would not have to crawl". Prayer answered!

Our dreams of returning to Africa and to all our children have now become our passion. When we return, we will be more equiped and in strong health.

On April 15th of last year, our church (Possibility Place Christian Ministries Fellowship, PPCMF) has ordained me to represent them as a legal reverend and minister. One of the highpoints of my life. I spend most of my time studying the bible.

If you can remember my court testamony, I said that wether I am in Africa, China Town or in Prison, I would continue to share with others the hope in which I profess. There are a few men here whom I have had the privilage to witness to and whose lives have been changed becaus' of that hope in Jesus Christ.

Thank you for your time, God Bless you,

Rev. Mike Noland



## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

PJKK Federal Building                    (808) 541-2850
300 Ala Moana Blvd., Room 6100           FAX (808) 541-2958
Box 50183
Honolulu, Hawaii 96850

January 5, 2007

Mr. Michael Noland
Victorville Med. II FCI; Reg. 95298-022
P.O. Box 5800
Adelanto, CA 92301

RE: STATEMENT OF ACCOUNT 2005Z00494/001

Court Number:          04-00119-001
BOP Register Number:   95298-022

Date Payment Received:            11-DEC-06
Amount of Payment:                $50.00
Interest Accrued Since Last Payment: $42.87
Interest Calculation Date:        December 11, 2006

|            | PAYMENT APPLICATION | CURRENT DEBT BALANCES |
|------------|---------------------|------------------------|
| Principal: | -$50.00             | $13,069.18             |
| Interest:  | $.00                | $621.84                |
| Penalties: | $.00                | $.00                   |
| Costs:     | $.00                | $.00                   |
| Total:     |                     | $13,691.02             |

If you have any questions, write to: U.S. Attorney, Attn: Financial Litigation Unit, Rm 6-100, PJKK Federal Bldg., 300 Ala Moana Blvd., Honolulu, HI 96850.

If the debt is interest bearing, retain top portion for tax records. End-of-year interest will not be provided.