MIKE NOLAND #R26 95298-022
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5700
ADELANTO, CA 92301

SAN BERNARDINO CA 924
26 JAN 2007 PM 5

HONORABLE JUDGE MICHAEL SEABRIGHT
US DISTRICT COURT
300 ALA MOANA BLVD. RM. C-435
HONOLULU, HI 96850

96850+0001